# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FRANCIS L. NAGLE,

    Plaintiff,

        v.

ROBERT W. COX and SWIFT TRANSPORTATION SERVICES, INC.,

    Defendants.

NO. 3:19-CV-0043

(JUDGE CAPUTO)

## **ORDER**

**NOW**, this 15th day of March, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion to Transfer Venue (Doc. 2) is **GRANTED**.

(2) The action is **TRANSFERRED** to the United States District Court for the Eastern District of Pennsylvania.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                          /s/ A. Richard Caputo
                                          A. Richard Caputo
                                          United States District Judge